DOWD, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Joseph Dominick Chilleme, | ) | |
| | ) | CASE NO. 5:05 CV 2377 |
| Petitioner-Defendant, | ) | CASE NO. 4:04 CR 215 |
| | ) | |
| v. | ) | <u>JUDGMENT ENTRY</u> |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent-Plaintiff. | ) | |
| | ) | |

For the reasons set forth in the Memorandum Opinion filed contemporaneously with this Judgement Entry, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendant's petition for relief pursuant to 28 U.S.C. Section 2255 is DENIED.

The Court further finds no basis for a certificate of appealability and will not issue a certificate of appealability.  Case closed.

IT IS SO ORDERED.

| | |
|---|---|
|  June 8, 2006 |  */s/ David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |